■ In the Matter of Jack Schroeder, Appellant, v New York State Thruway Authority, Respondent.—Appeal from

a judgment of the Supreme Court at Special Term (Kahn, J.), entered April 11, 1986 in Albany County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to review a determination of respondent suspending petitioner for five days without pay for insubordination.

Judgment affirmed, without costs, upon the opinion of Justice Lawrence E. Kahn at Special Term. Mahoney, P. J., Main, Mikoll, Levine and Harvey JJ., concur.